UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPAM ARREST, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LORMAN BUSINESS CENTER, INC.,<br><br>　　　　　　　　　Defendant. | No.<br><br>DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) |

TO:　　　　THE UNITED STATES DISTRICT COURT
　　　　　　FOR THE WESTERN DISTRICT OF WASHINGTON;

AND TO:　　Plaintiff Spam Arrest LLC; and Derek A. Newman and Derek Linke, its attorneys of record

PLEASE TAKE NOTICE that Defendant Lorman Business Center, Inc. ("Defendant") hereby removes the state court action described below. Removal is warranted under 28 U.S.C. § 1441(a) because this action involves claims over which this Court has original jurisdiction under 28 U.S.C. § 1332.

1.　　The present action was commenced on January 25, 2011 by the service on CT Corporation System of a Summons and Complaint for Damages and Injunctive Relief captioned *Spam Arrest, LLC v. Lorman Business Center, Inc.*, Superior Court of Washington for King County (the "Complaint"). The Complaint was the initial pleading setting forth the

DEFENDANT'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(a) – Page 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

claims upon which this action is based. A copy of the Summons and Complaint is attached as Exhibit A to this Notice of Removal. This Notice of Removal is timely because it is filed within thirty days of service of the initial pleading upon Defendant. *See* 28 U.S.C. § 1446(b).

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000.

3. Complete diversity exists in this case. Plaintiff Spam Arrest, LLC ("Plaintiff") alleges in paragraph 10 of the Complaint that it is a Washington limited liability company with its principal place of business in King County, Washington. Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

4. The amount in controversy requirement is also met. While the Complaint does not set forth a dollar amount in the prayer for relief, a reasonable person reading the Complaint would conclude that Plaintiff is seeking damages in an amount greater than the $75,000 minimum jurisdictional amount under 28 U.S.C. § 1332(a). Plaintiff alleges that its contract with Defendant, the purported breach of which forms the basis for Plaintiff's Complaint, provides for liquidated damages "in the amount of two thousand dollars ($2,000.00) for each violation of this agreement." Complaint at ¶ 26. Plaintiff further alleges that Defendant has "repeatedly" agreed to these terms and condition, yet that Defendant has "sent a significant amount of unsolicited commercial email to Spam Arrest's customers for the purposes of promoting its services." *Id.* at ¶¶ 32, 31. Furthermore, Plaintiff's prayer for relief requests treble damages under Washington's Consumer Protection Act, as well as attorneys' fees. As such, based on the claims and allegations asserted in the Complaint, the amount in controversy exceeds $75,000.

DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – Page 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

5. By this Notice of Removal, Defendant does not waive any defenses that it may possess to the action, including but not limited to any defenses that it may possess pursuant to Rule 12 of the Federal Rules of Civil Procedure, and hereby expressly reserve the right to assert any such defenses in this action.

6. This Court is the United States District Court for the district embracing the venue of the state court action being removed.

7. Notice to all parties and the Clerk of the Superior Court of Washington for King County will be served and filed pursuant to 28 U.S.C. § 1446(d).

Accordingly, all procedural requirements for removal have been satisfied and Defendant hereby removes this action to the United States District Court for the Western District of Washington, based upon diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(a).

DATED this 10th day of February, 2011.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

s/ Anthony A. Todaro
Anthony A. Todaro, WSBA No. 30391
Sarah E. Tilstra, WSBA No. 35706
Attorneys for Defendant Lorman Business Center, Inc.

DEFENDANT'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(a) – Page 3

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## DECLARATION OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys for Defendant Lorman Business Center, Inc. herein.

2. On this date, I caused true and correct copies of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Derek A. Newman, WSBA #26967
> Derek Linke, WSBA #38314
> Newman & Newman Attorneys at Law, LLP
> 1201 Third Avenue, Ste. 1600
> Seattle, WA 98101
> Phone 206-274-2800
> Fax 206-274-2801
> Derek@newmanlaw.com
> linke@newmanlaw.com

3. I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 10th day of February, 2011 at Seattle, Washington.

_____
Tammy Miller

DEFENDANT'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(a) – Page 4

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900