Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPAM ARREST, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>LORMAN BUSINESS CENTER, INC.,<br><br>     Defendant. | No. 2:11-CV-00234-RSM<br><br>**DEFENDANT'S VERIFICATION OF STATE COURT RECORDS** |

Pursuant to Local Rule 101(b), the undersigned counsel verifies that attached hereto are true and correct copies of all additional records and proceedings in *Spam Arrest, LLC. v. Lorman Business Center, Inc.,* King County Cause No. 11-2-03729-1 SEA, which have not previously been filed with this Court.

DATED this 11th day of February, 2011.

    CORR CRONIN MICHELSON
    BAUMGARDNER & PREECE LLP

    s/ Anthony A. Todaro
    Anthony A. Todaro, WSBA No. 30391
    Sarah E. Tilstra, WSBA No. 35706
    Attorneys for Defendant Lorman Business
    Center, Inc.

DEFENDANT'S VERIFICATION OF STATE COURT RECORDS – Page 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## DECLARATION OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys for Defendant Lorman Business Center, Inc. herein.

2. On this date, I caused true and correct copies of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Derek A. Newman, WSBA #26967
> Derek Linke, WSBA #38314
> Newman & Newman Attorneys at Law, LLP
> 1201 Third Avenue, Ste. 1600
> Seattle, WA  98101
> Phone  206-274-2800
> Fax  206-274-2801
> Derek@newmanlaw.com
> linke@newmanlaw.com

3. I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 11th day of February, 2011 at Seattle, Washington.

_____
Tammy Miller

DEFENDANT'S VERIFICATION OF STATE COURT RECORDS – Page 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900